ELI WITKIN, Respondent, *v.* CHARLES D. BECKWITH, INC., et al., Appellants.

(Argued October 27, 1933; decided November 21, 1933.)

*Walter G. Evans* for appellants.

*Moses Feltenstein* and *Sidney J. Feltenstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.